# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samantha Adkins, individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 18-841 ) |
| v. | ) ) |
| Steward Health Care System, LLC, | ) ) |
| Defendant. | ) |

## REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on November 13, 2018.

The case (please check one):

____**X**_____   has resolved

_____   has resolved in part (see below)

_____   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Dated:  November 14, 2018                **/s/David B. White, Esquire**
                                          Signature of Neutral