UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA ADKINS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEWARD HEALTH CARE SYSTEM, LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-00841-MJH |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Samantha Adkins, and Defendant, Steward Health Care System, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: January 17, 2019

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*/s/ Heather Steele*
Heather Steele
Fisher & Phillips, LLP
150 N. Radnor Chester Road
Suite C300
Radnor, PA 19087
610-230-2150
hsteele@fisherphillips.com